**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>MDD_SAGchambers@mdd.uscourts.gov |

May 14, 2025

LETTER ORDER

    Re:  <u>U.S.A. v. Sedric Catchings</u>
           Criminal Case No. SAG-24-045

Dear Counsel,

The following schedule is entered to govern the course of further proceedings in this case:

| | |
|---|---|
| June 27, 2025 | Defense motions due |
| July 11, 2025 | Government's response |
| July 25, 2025 | Defense reply |
| October 16, 2025 at 10:00 a.m. | Motions Hearing (scheduled for 3 hours) |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge