## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

v.                                     *     **Criminal Case No. SAG-24-045**

**SEDRIC CATCHINGS**                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW AS COUNSEL

Joseph A. Balter, CJA appointed counsel for the defendant, Sedric Catchings, hereby moves this Honorable Court to withdraw as counsel, or in the alternative, to conduct an attorney inquiry hearing to determine whether counsel should be relieved of representation of the defendant, and as reasons therefore states as follows:

1. The defendant, Sedric Catchings, is charged with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §922(g).

2. Counsel believes a conflict of interest exists that requires counsel to be relieved of representation of Mr. Catchings.

3. Counsel requests that this Court allow counsel to withdraw, or in the alternative, order that an attorney inquiry hearing be conducted to resolve the matter.

WHEREFORE, the defendant requests that this Honorable Court grant an order allowing counsel to withdraw as counsel or, in the alternative, order an attorney inquiry hearing.

Respectfully submitted,

/S/
_____
JOSEPH A. BALTER        #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:       joseph@josephbalterlaw.com