IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-24-045 |
| | * | |
| SEDRIC CATCHINGS | * | |
| | * | |
| | * | |

*******

## MOTION TO FILE MOTION AND ORDER UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this motion to file its motion and order containing sensitive medical information (the "motion") under seal. In support of this motion, the government states as follows:

1. The motion and order are of a nature related to sensitive medical information and no reasonable alternative to sealing are available. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2. Counsel will file a hard copy of the motion and order with the Court (pursuant to Standing Order 2025-05) and intends to serve defense counsel with copies of the motion and order in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Motion and Order Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/S/_____

>James I. Hammond
>Assistant United States Attorney
>36 South Charles Street, Fourth Floor
>Baltimore, Maryland 21201

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of December, 2025, that a copy of the foregoing motion was electronically filed with notice to all counsel of record.

>_____/s/_____
>James I. Hammond
>Assistant United States Attorney